UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERIC MESI et al., )
        Plaintiffs, )
    vs. )    3:15-cv-00555-RCJ-WGC
)
)    ORDER
JPMORGAN CHASE BANK et al., )
        Defendants. )
)

Eric and Fred Mesi obtained a loan from Washington Mutual Bank for $280,334.00, secured by a deed of trust. The property was later transferred to Betty and Fred Mesi. The deed of trust was transferred to Bank of America. On February 4, 2014, Plaintiffs sued Defendants in Nevada state court for wrongful foreclosure, declaratory relief, unfair business practices, and to quiet title and cancel instruments. On October 13, 2015, Plaintiffs filed an Amended Complaint which asserted various violations of state and federal law. Defendant JPMorgan Chase Bank ("Chase") removed. The Court denied two motions for a temporary restraining and a motion to remand. The Court granted Defendants' motions to dismiss, with leave to amend in part no later than April 9, 2016, and denied Plaintiffs' motion for summary judgment. Plaintiffs appealed without amending, and the Court of Appeals dismissed for lack of jurisdiction. In June 2016, after the mandate issued, the Court denied a motion to reconsider that had been filed in the meantime. It has been over a year since there was any activity in the case apart from Chase's current motion to close the case. Plaintiffs have not timely responded to the present motion.

///

///

1

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Close Case (ECF No. 65) is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall enter judgment in favor of Defendants and against Plaintiffs and close the case.

IT IS SO ORDERED.

Dated this 18th day of July, 2017.

_____
ROBERT C. JONES
United States District Judge